IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAMAYRA MADISON, *as parent & natural guardian of* Z.M., *a minor,* & *in her own right,* & MARTIN & TRACEY STEWART, | : : : : : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : : : | |
| BETHANNA, INC. d/b/a BETHANNA & CITY OF PHILADELPHIA, | : : : | NO. 12-01330 |
| Defendants. | : : : | |

## ORDER

**AND NOW**, this *23rd* day of *May*, 2012, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Complaint (Docket No. 3), and Plaintiffs' Response in Opposition (Docket No. 13), it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion to Dismiss the Complaint based on a lack of standing is **DENIED**;

2. Defendant's Motion to Dismiss the Complaint in its entirety based on a lack of foundation is **DENIED**;

3. Defendant's Motion to Dismiss all allegations of negligence from the Complaint is **DENIED**;

4. Defendant's Motion to Dismiss all allegations of negligence *per se* from the Complaint is **GRANTED** to the extent such allegations are brought by Plaintiffs Madison and Z.M., but is **DENIED** to the extent such allegations are brought by Plaintiffs the Stewarts;

5. Defendant's Motion to Dismiss all allegations of fraud/intentional misrepresentation

      from the Complaint is **DENIED**;

6. Defendant's Motion to Dismiss all allegations of negligent misrepresentation and negligent failure to disclose from the Complaint is **DENIED**;

7. Defendant's Motion to Dismiss all allegations of intentional infliction of emotional distress from the Complaint is **GRANTED** to the extent such allegations are brought by Plaintiffs Madison and Z.M., but is **DENIED** to the extent such allegations are brought by Plaintiffs the Stewarts;

8. Defendant's Motion to Dismiss all allegations of negligent infliction of emotional distress from the Complaint is **GRANTED** to the extent such allegations are brought by Plaintiff Madison, but is **DENIED** to the extent such allegations are brought by Plaintiffs Z.M. and the Stewarts;

9. Defendant's Motion to Dismiss all allegations of recklessness from the Complaint is **DENIED**;

10. Defendant's Motion to Dismiss all allegations sounding in professional liability for failure to file a certificate of merit is **DENIED AS MOOT**;

11. In all future filings, both Plaintiffs and Defendant are instructed to utilize page numbers in their briefing submitted to the Court.

It is so **ORDERED**.

                                                  BY THE COURT:

                                                  *s/ Ronald L. Buckwalter*
                                                  RONALD L. BUCKWALTER, S.J.